# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIMMY L. CONLEY and LISA M. CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CV-604-JHP-FHM |
| ) | |
| COLUMBIA NATIONAL INSURANCE ) | |
| COMPANY, a Foreign for Profit Insurance ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## **OPINION AND ORDER**

Plaintiffs' *Motion to Compel the Production of Michael LeBlanc for Deposition*, [Dkt. 23], is before the court for decision. Defendant has filed a response. [Dkt. 24]. No reply was filed.

Plaintiffs seek the deposition of Mr. LeBlanc concerning his involvement in the claims decision which forms the basis of this case. Defendant objects to any deposition of Mr. LeBlanc contending he is a high ranking employee of the Defendant and had little involvement with the claim stating Mr. LeBlanc only authorized the payment of Plaintiffs' claim on the recommendation of another employee.

Because Mr. LeBlanc did have some personal involvement with the claim, Plaintiff's *Motion to Compel the Production of Michael LeBlanc for Deposition*, [Dkt. 23], is GRANTED. The court denies the request contained in the Defendant's Response Brief to

set limits on the scope of the deposition.  However, if issues arise during the deposition, Defendant may utilize the procedure set out in LCvR 37.2(b).

IT IS SO ORDERED this 18th day of May, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE