## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JIMMY L. CONLEY,<br>2. LISA M. CONLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>1. COLUMBIA NATIONAL<br>   INSURANCE COMPANY, A Foreign<br>   For Profit Insurance Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No.15-CV-604-JHP-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

### **STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), on behalf of Plaintiffs, Jimmy L. Conley and Lisa M. Conley, and Defendant, Columbia National Insurance Company, the parties hereby file this Stipulation of Dismissal with Prejudice to the refiling thereof. Each party is to bear its own costs.

**McGREW, McGREW & ASSOCIATES**

By: /s/ Michael D. McGrew
Michael D. McGrew, OBA # 13167
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9909
Fax: (405) 235-9929
mcgrewslaw@yahoo.com
**ATTORNEYS FOR PLAINTIFFS**

<u>/s/ Robert Taylor</u>
Robert Taylor – OBA #8879
Ashley M. Bibb – OBA #17465
Taylor, Ryan, Minton, Van Dalsem
& Williams, P.C.
1465 South Boulder, Suite 1080
Tulsa, OK 74119
918-749-5566
rtaylor@taylorryanlaw.com

Attorney for Defendant
